■ BRUMBAUGH, GRAVES, DONOHUE & RAYMOND, Appellant, v SALLY LEDES et al., Respondents. [656 NYS2d 943] —Appeal by the plaintiff from a judgment of the Supreme Court, Westchester County (Silverman, J.), dated February 9, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Silverman at the Supreme Court.

However, contrary to the respondents' request on appeal, under the circumstances of this case, sanctions against the appellant are not warranted. Bracken, J. P., Friedmann, Florio and McGinity, JJ., concur.